# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| **Owen DeLong, Owen DeLong** | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) ) ) | Civil Action No. 5:25-cv-07835 PCP |
| **Freedom Mortgage Corporation, Freedom Mortgage Corporation** | ) ) ) ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Mikhael Goldgisser, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to FREEDOM MORTGAGE CORPORATION in Broward County, FL on September 17, 2025 at 11:30 am at 1200 S PINE ISLAND ROAD, PLANTANTION, FL 33324 by leaving the following documents with Donna moch who as INTAKE_SPECIALIST at CT Corp is authorized by appointment or by law to receive service of process for FREEDOM MORTGAGE CORPORATION.

2025-09-15 - Doc 5 - Summons.pdf
2025-09-15 - Doc 1 - Complaint.pdf
[Service - Blank] ECF_Reg_Info.pdf
2024.08.23-Judge-Pitts-Standing-Order-Regarding-Discovery-Disputes-Not-Referred-to-the-Magistrate-Judge.pdf
PCP_Civil_Standing_Order.pdf

Additional Description:
Served at 11:31am

White Female, est. age 45-54, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=26.1060528333,-80.2612916667
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Broward County, FL on 9/19/2025.

*/s/ Mikhael Goldgisser*

Mikhael Goldgisser - +1 (386) 503-0431
Registration No.: SPS 1556
Registration County: Broward County



Exhibit 1a)