1  Carly M. Roman, CA Bar No. 349895
   Andrew Gunem, CA Bar No. 354042
2  Samuel J. Strauss, *pro hac vice forthcoming*
   **STRAUSS BORRELLI PLLC**
3  One Magnificent Mile
   980 N Michigan Avenue, Suite 1610
4  Chicago IL, 60611
   Telephone: (872) 263-1100
5  Facsimile: (872) 263-1109

6  *Attorneys for Plaintiff and Putative Class*

7  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
8  **AT SAN JOSE**

| | |
|---|---|
| 9  **OWEN DELONG,** individually and on behalf of all others similarly situated, | Case No.  5:25-cv-07835-PCP |
| 10 | PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS |
| 11        Plaintiff, | |
| 12    v. | Honorable Judge P. Casey Pitts |
| 13  **FREEDOM MORTGAGE CORPORATION,** | Honorable Magistrate Judge Virginia K. DeMarchi |
| 14        Defendant. | |

16        Pursuant to Civil L.R. 3-15, the undersigned certifies that, as of the date set

17  forth below, there is no conflict of interest (other than the named parties) to report.

18        *[Attorney signature block to follow on next page.]*

Respectfully submitted this 2nd day of October, 2025.

By */s/ Carly M. Roman*
Carly M. Roman, CA Bar No. 349895
Andrew Gunmen, CA Bar No. 354042
Samuel J. Strauss, *pro hac vice forthcoming*
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com
agunem@straussborrelli.com
sam@straussborrelli.com

*Attorneys for Plaintiff and the Putative Class*

---

PLAINTIFF'S CERTIFICATION OF CONFLICTS AND
INTERESTED ENTITIES OR PERSONS
- 2 -

## **CERTIFICATE OF SERVICE**

I, Carly M. Roman, hereby certify that on October 2, 2025, I caused the foregoing to be electronically filed using the Court's CM/ECF system, which will send an electronic copy to all parties and counsel of record in this case.

DATED this 2nd day of October, 2025.

Respectfully submitted,

By */s/ Carly M. Roman*
Carly M. Roman, CA Bar No. 349895
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com