JAMES Y. PAK (SBN 304563)
James.Pak@skadden.com
SKADDEN, ARPS,
  SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Defendant*
Freedom Mortgage Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **OWEN DELONG**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**FREEDOM MORTGAGE CORPORATION**<br><br>Defendant. | Case No. 5:25-cv-07835-PCP<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT PURSUANT TO CIVIL L.R. 6-1(a)** |

Pursuant to Civil Local Rule 6-1(a), Defendant Freedom Mortgage Corporation ("Defendant") and Plaintiff Owen DeLong ("Plaintiff"), through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed his Complaint on September 15, 2025 and served the Complaint on Defendant on or about September 17, 2025.

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a), Defendant must answer or otherwise respond to the Complaint by October 8, 2025.

WHEREAS, Defendant requested additional time to answer or otherwise respond to the Complaint, by thirty (30) days from the initial deadline, to November 7, 2025, in order to provide counsel adequate time to investigate the allegations in the Complaint.

WHEREAS, Plaintiff has agreed to Defendant's request.

WHEREAS, this stipulated extension will not alter the date of any event or deadline already fixed by Court order.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant shall have until and including November 7, 2025 to answer or otherwise respond to the Complaint.

**IT IS SO STIPULATED.**

DATED: October 7, 2025     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  /s/ James Y. Pak
     James Y. Pak

*Attorneys for Defendant*
FREEDOM MORTGAGE CORPORATION

DATED: October 7, 2025     STRAUSS BORRELLI PLLC

By:  /s/ Carly M. Roman
     Carly M. Roman

*Attorneys for Plaintiff*
OWEN DELONG

-1-
**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**     Case No. **5:25-cv-07835-PCP**

## SIGNATURE ATTESTATION

I, James Y. Pak, am the ECF user whose identification and password are being used to file this stipulation. Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories above.

DATED: October 7, 2025                    Respectfully Submitted,

                                          By:   */s/ James Y. Pak*
                                                James Y. Pak