1  JAMES Y. PAK (SBN 304563)
   James.Pak@skadden.com
2  SKADDEN, ARPS,
     SLATE, MEAGHER & FLOM LLP
3  525 University Avenue, Suite 1400
   Palo Alto, California 94301
4  Telephone: (650) 470-4500
   Facsimile: (650) 470-4570
5
   *Attorneys for Defendant*
6  Freedom Mortgage Corporation

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10

11 |                                        | Case No. 5:25-cv-07835-PCP |
12 | **OWEN DELONG**, individually          |                            |
   | and on behalf of all others similarly situated, | **DEFENDANT FREEDOM MORTGAGE CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |
13 |           Plaintiff,                   |                            |
14 |      vs.                               |                            |
15 | **FREEDOM MORTGAGE CORPORATION**       |                            |
16 |                                        |                            |
17 |           Defendant.                   |                            |

---

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**                                Case No. 5:25-cv-07835-PCP

Defendant Freedom Mortgage Corporation ("Defendant") discloses the following information for the limited purpose of complying with Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15 of the Northern District of California.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant identifies any parent corporation and any publicly held corporation owning 10% or more of its stock:

No publicly-held corporation owns ten percent (10%) or more of any ownership interest of Freedom Mortgage Corporation. Freedom Mortgage Corporation is a private company and is a wholly-owned subsidiary of Freedom Mortgage Holdings LLC.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the above named parties) to report.

DATED: October 7, 2025         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  /s/ James Y. Pak
     James Y. Pak

*Attorneys for Defendant*
FREEDOM MORTGAGE CORPORATION