JAMES Y. PAK (SBN: 304563)
James.Pak@skadden.com
SKADDEN, ARPS,
  SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

*Attorney for Defendant*
*Freedom Mortgage Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **OWEN DELONG**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**FREEDOM MORTGAGE CORPORATION,**<br><br>Defendant. | Case No. 5:25-cv-07835-PCP<br><br>**SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO CIVIL L.R. 6-1(a)** |

1  Pursuant to Civil Local Rule 6-1(a), Defendant Freedom Mortgage Corporation ("Defendant") and Plaintiff Owen DeLong ("Plaintiff"), through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed his Complaint on September 15, 2025 (ECF 1) and served the Complaint on Defendant on or about September 17, 2025;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a), Defendant faced an initial deadline to answer or otherwise respond to the Complaint of October 8, 2025;

WHEREAS, the parties filed a Joint Stipulation to Extend Time to Respond to the Complaint Pursuant to Civil L.R. 6-1(a) on October 7, 2025 (ECF 9) to extend Defendant's time to answer or otherwise respond to the Complaint to November 7, 2025 to allow Defendant adequate time to investigate the allegations in the Complaint;

WHEREAS, Defendant requested additional time to answer or otherwise respond to the Complaint, by fourteen (14) days from the previously stipulated to deadline, to November 21, 2025, in order to further investigate the allegations in the Complaint and provide time for the parties to engage in discussions about the allegations in the Complaint;

WHEREAS, Plaintiff has agreed to Defendant's request;

WHEREAS, this stipulated extension will not alter the date of any event or deadline already fixed by the Court; and

WHEREAS, Defendant has previously requested one extension of its deadline to answer or otherwise respond to the Complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED BY and between the parties, through their respective counsel, that Defendant shall have until and including November 21, 2025 to answer or otherwise respond to the Complaint.

**IT IS SO STIPULATED.**

DATED: November 3, 2025

                           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                           By: _____*/s/ James Y. Pak*_____
                                       James Y. Pak

*Attorney for Defendant*
FREEDOM MORTGAGE CORPORATION

STRAUSS BORRELLI PLLC

By: */s/ Carly M. Roman*
 Carly M. Roman

*Attorney for Plaintiff*
OWEN DELONG

**SIGNATURE ATTESTATION**

I, James Y. Pak, am the ECF user whose identification and password are being used to file this stipulation. Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories above.

DATED: November 3, 2025          Respectfully Submitted,

By: /s/ *James Y. Pak*
      James Y. Pak